IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

ROBERT LEE WALLINGFORD,                §
                                       §
                                       §
            Plaintiff,                 §
                                       §
v.                                     §          6:17-CV-181
                                       §
WERNER ENTERPRISES, et al.,            §
                                       §
            Defendants.                §

## ORDER

Before the Court in the above-entitled matter is the parties' Stipulation of Dismissal, (Dkt. 22), which the Court **ADOPTS**. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, this action is dismissed with prejudice.

**IT IS ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** July 15, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE