FILED
September 20, 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____jkissler_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

§
§
§
§
§
§
§
§

## TRANSFER ORDER

On September 18, 2018, the Honorable Alan D. Albright was sworn in as United States District Judge for the Western District of Texas, Waco Division. Pursuant to the consent of both judges, all actions attached as Exhibit A before the Honorable Robert Pitman, District Judge for the Western District of Texas, Austin Division, shall be transferred to the docket of the Honorable Alan D. Albright.

**IT IS ORDERED** that all actions attached as Exhibit A are **TRANSFERRED** to the docket of the Honorable Alan D. Albright, United States District Judge, for all purposes.

**IT IS FURTHER ORDERED** that pursuant to the Order Assigning the Business of the Court effective September 18, 2018, the Clerk of Court shall credit these cases to the percentage of business of the receiving Judge.

**IT IS FINALLY ORDERED** that all current settings remain in effect.

**SIGNED** on September 20, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

| Case Number | Parties |
|---|---|
| 6:10-cv-034 | Tabler v. Davis |
| 6:15-cv-007 | Stewart v. Tilley |
| 6:15-cv-177 | Buckner v. Stephens |
| 6:15-cv-202 | Grozier et al. v. Wells Fargo Bank |
| 6:15-cv-231 | Turk et al. v. Somervell County Hospital District et al |
| 6:15-cv-311 | Brooks v. Walter et al |
| 6:15-cv-328 | Evans v. USA |
| 6:16-cv-031 | Mobley v. Specialized Bicycle Components |
| 6:16-cv-139 | Lincoln Nat'l Life Ins. Co. v. Allen |
| 6:16-cv-146 | JCB, Inc. dba Conveying & Power Transmission Solutions v. The Horsburgh & Scott Co. |
| 6:16-cv-161 | USA v Ronnie Kelley (6:10-cr-069) |
| 6:16-cv-249 | USA v Terry Brown (6:99-cr-061) |
| 6:16-cv-284 | City of Hearne v. Johnson |
| 6:16-cv-292 | Mardi v. Family Dollar/Family Dollar Stores of Texas, LLC |
| 6:16-cv-332 | Gillmann v. Fisher et al |
| 6:16-cv-340 | Willich v. Sanderson Farms, Inc. |
| 6:16-cv-341 | Glass v. Texas Health and Human Services Commission et al |
| 6:16-cv-342 | McGee v. American Amicable Life Insurance Company of Texas |
| 6:16-cv-352 | Ferguson v. CVS Pharmacy, Inc. |
| 6:16-cv-391 | Williams v. Olukaka et al. |
| 6:16-cv-393 | Thiel et al v. WCS Services LLC |
| 6:16-cv-395 | Taylor v. McLennan County et al |
| 6:16-cv-441 | Yesteryear Auto, LLC et al v. Synergistic Int'l |
| 6:16-cv-453 | Cotton v. Texas Express Pipeline, LLC et al |
| 6:16-cv-464 | Samuel et al v. Frazier |
| 6:16-cv-465 | Five Star Royalty Partners, Ltd. v. Mauldin et al |
| 6:17-cv-004 | Phillips v. Davis |
| 6:17-cv-009 | Martinez v. Southwestern Corr (LaSalle) |
| 6:17-cv-013 | Vasquez et al v. McCune et al |
| 6:17-cv-038 | Harris v. FarmChem Corp. |
| 6:17-cv-042 | Gibson v Jean-Baptiste |
| 6:17-cv-050 | Terry v. Hartford Life and Accident Insurance Company |
| 6:17-cv-052 | J&J Sports Productions, Inc. v. Diaz |
| 6:17-cv-053 | Savage v. Reliance Mortgage Corporation et al |
| 6:17-cv-055 | Pisony v. McLeod |
| 6:17-cv-071 | Kubota v. Whitis |
| 6:17-cv-075 | Scott & White Memorial Hospital v. Coventry Health Care, Inc. et al |
| 6:17-cv-076 | York et al v. Toone |
| 6:17-cv-096 | Subialdea v. Dept. of Homeland Security/CBP et al |
| 6:17-cv-101 | Ortiz v. Davis |

| | |
|---|---|
| 6:17-cv-111 | Ferguson v. Texas Farm Bureau et al |
| 6:17-cv-119 | Willis v. Portfolio Recovery Assoc. LLC |
| 6:17-cv-123 | Stallings v. Chavez et al |
| 6:17-cv-133 | Butler v. General Motors, LLC |
| 6:17-cv-135 | Ferguson v. Sanderson Farms Inc. |
| 6:17-cv-142 | Meyers v Killeen PD |
| 6:17-cv-145 | Travelers Casualty and Surety Company of America v. C.H. Guernsey & Company |
| 6:17-cv-148 | Chavez v. Hearne Ind. School Dist. |
| 6:17-cv-149 | U.S. Bank Nat'l Ass'n v. Quinteros |
| 6:17-cv-160 | Copperas Cove Economic Development Corporation v. |
| 6:17-cv-161 | Ed Jackson Dairy, LLC v. Monterey Mushrooms, Inc. |
| 6:17-cv-166 | McLane Company, Inc. v. ASG Technologies Group, Inc. |
| 6:17-cv-175 | United States of America v. B.V.S.Construction |
| 6:17-cv-181 | Wallingford v. Werner Enterprises, Inc. |
| 6:17-cv-182 | Rice v. Dolgencorp of Texas, Inc. |
| 6:17-cv-183 | Shorter v. Linares-Aquian et al |
| 6:17-cv-189 | Majanomejia v. Vendor Resource Mgmt. |
| 6:17-cv-190 | Majanomejia v. Freedom Mortgage Corp |
| 6:17-cv-197 | USA v. Kirk |
| 6:17-cv-198 | Hayes v. Texas Westmoreland Coal Co. |
| 6:17-cv-199 | Thomas v. Select Portfolio Servicing |
| 6:17-cv-200 | Mason v. Integra Peak Management Inc. et al |
| 6:17-cv-201 | William V. et.al. v. Copperas Cove Independent School District |
| 6:17-cv-204 | Maldonado v. Werner Enterprises, Inc. et al |
| 6:17-cv-206 | Faison v. Gowadia |
| 6:17-cv-210 | Leigh Ann H. v. Riesel ISD |
| 6:17-cv-211 | Martin v. City of Temple, TX et al |
| 6:17-cv-215 | Ngene v. Western Hills SCC LLC |
| 6:17-cv-218 | Palmer v. City of Bellmead & Matthew Jordan |
| 6:17-cv-219 | Hoeffling v. Oxford Properties Group |
| 6:17-cv-223 | Caretech Supplies, LLC v. Neuman et al |
| 6:17-cv-237 | Vasquez v. Drake's Construction |
| 6:17-cv-242 | USA v. Smith & Wesson 9mm Pistol |
| 6:17-cv-251 | Brit UW Limited v. CTX Special Services Co., LLC |
| 6:17-cv-253 | Kimberly Shipper P.A. v. Thomas Price, M.D. |
| 6:17-cv-258 | Ostrander v Lindsey et al |
| 6:17-cv-261 | Davis Mutual Interests, LTD v. State Farm Lloyds |
| 6:17-cv-262 | Passmore v. City of Hearne, Texas |
| 6:17-cv-263 | Garnett v. Remington Arms Company |
| 6:17-cv-264 | Holmes v. U.S. Army |
| 6:17-cv-265 | Riley v. Berryhill |
| 6:17-cv-267 | Church Mut. Ins. Co. v. Westside Baptist Church |
| 6:17-cv-273 | AXA Insurance Co v. Magneco/Metrel Inc. |

| | |
|---|---|
| 6:17-cv-280 | Fikes Wholesale v. Nadeem |
| 6:17-cv-291 | Mr. Appliance LLC v. Appliance Services of Tennessee, LLC et al |
| 6:17-cv-310 | Joe Hand Promotions, Inc. v. Seay et al. |
| 6:17-cv-311 | Roncar Enterprises, LLC v. Depositors Insurance Company |
| 6:17-cv-312 | Transamerica Life Insurance Company v. Ortiz-Debaun et al |
| 6:17-cv-317 | Hope v. Blackwell |
| 6:17-cv-321 | Happy Endings Dog Rescue v. Life Partners Creditors' Trust |
| 6:17-cv-323 | English et al. v. Texas Farm Bureau Business Corp. et al. |
| 6:17-cv-326 | Moseley v. Armstrong et al. |
| 6:17-cv-329 | A2D Enterprises, LLC et al v. Catlin Specialty Insurance Company |
| 6:17-cv-332 | McHenry v. Paxton et al. |
| 6:17-cv-335 | K.S. et al. v. Riesel ISD |
| 6:17-cv-337 | Hajicek v. Werner Enterprises |
| 6:17-cv-344 | The Grounds Guys v. Henrisken et al. |
| 6:17-cv-345 | Howell v. Jovette |
| 6:17-cv-346 | Batts v. Remington Arms Co., LLC |
| 6:17-cv-353 | Mr. Rooter v. Action Underground |
| 6:17-cv-354 | Recio-Garcia v. Ditech Financial |
| 6:17-cv-355 | Henderiks v. Providence Healthcare Network |
| 6:17-cv-357 | Rataezyk v. Receivables Management Partners, LLC |
| 6:17-cv-360 | Paez v. Akwitti et al |
| 6:17-mc-288 | In re: Motion to Quash Subpoena |
| 6:17-mc-327 | Standard Furniture v. LF Products (Joanna Gaines) |
| 6:18-cv-001 | McPherson |
| 6:18-cv-002 | USA v. Cuff |
| 6:18-cv-003 | Hernandez v. GMA Investments, et al. |
| 6:18-cv-004 | Phillips v. Davis |
| 6:18-cv-007 | Sawyer v. Copperas Cove ISD |
| 6:18-cv-009 | Joe Hand Promotions v. J&H Entertainment LLC |
| 6:18-cv-010 | Gunter v Morgan et al |
| 6:18-cv-013 | Jackson v. Experian Information Solutions, et al. |
| 6:18-cv-015 | Jackson v. City of Hearne |
| 6:18-cv-023 | Aire Serv LLC v. Haywood et al. |
| 6:18-cv-024 | Laake v. Binnicker |
| 6:18-cv-025 | Rekiel v. Wardlaw Consulting Servs |
| 6:18-cv-034 | Wagner v. UPS Ground Freight |
| 6:18-cv-035 | Briggs v. Berryhill |
| 6:18-cv-038 | Protradenet LLC v. Predictive Profiles |
| 6:18-cv-039 | Predictive Profiles v. Protradenet |
| 6:18-cv-041 | Stewart v. ARS National Services, Inc. |
| 6:18-cv-042 | Stewart v. American Coradius International, LLC |
| 6:18-cv-043 | Savage v. Hill Country Pawn et al |
| 6:18-cv-044 | Ocwen Loan Servicing v. Alosi et al. |

| | |
|---|---|
| 6:18-cv-048 | Knuppel v. Texas |
| 6:18-cv-050 | Gilg v Eveans et al |
| 6:18-cv-051 | Washpon v. Jane/John Does 1 et al |
| 6:18-cv-054 | Washpon v. Milam Cty Sheriff Dept. |
| 6:18-cv-055 | RetroLED Components v. Principal Lighting Group |
| 6:18-cv-056 | Ornelas v. Hamilton |
| 6:18-cv-057 | Brend v. Copperas Cove ISD |
| 6:18-cv-058 | Admiral Ins. Co. v. Henderson |
| 6:18-cv-059 | Synergistic International LLC v. Abrams |
| 6:18-cv-061 | Candi M. v. Riesel Independent School District |
| 6:18-cv-062 | Perry et al. v. Brassell et al. |
| 6:18-cv-066 | Richeson v. Ocwen Loan Servicing |
| 6:18-cv-067 | Ford v. Aetna Life Ins. Co |
| 6:18-cv-068 | Drake v. Sometime Spouse LLC |
| 6:18-cv-070 | Nolt v. Berryhill |
| 6:18-cv-072 | Vanous v TDCJ-ID et al |
| 6:18-cv-073 | Treadway v. Adora Corp |
| 6:18-cv-077 | ATD Combustors, LLC v. Ameritube, LLC |
| 6:18-cv-078 | Kutcherousky Farms v. Arriola |
| 6:18-cv-079 | Mr. Electric LLC v. Di Carlo |
| 6:18-cv-080 | Match Group, LLC v. Bumble Trading Inc. |
| 6:18-cv-081 | Match Group, LLC v. Tantan |
| 6:18-cv-086 | Wilson v. Johnson |
| 6:18-cv-089 | Ornelas v Boykin |
| 6:18-cv-090 | Robinson v. Davis |
| 6:18-cv-096 | Robertson v. Milam County et al |
| 6:18-cv-100 | Rainbow International LLC et al v. Cheyenne Partners LLC et al |
| 6:18-cv-101 | Anderson v. Fall County et al. |
| 6:18-cv-102 | Edmonson v Social Security Admin. |
| 6:18-cv-105 | Vindolor v. Euromarket Designs |
| 6:18-cv-106 | Mejia v. Harvey et al |
| 6:18-cv-107 | Vindolor, LLC v. Spec's |
| 6:18-cv-108 | Vindolor, LLC v. Retail Services and Systems, Inc. |
| 6:18-cv-109 | Linehaugh v. American-Amicable Life Ins. Co. |
| 6:18-cv-111 | Palacio v Caraway |
| 6:18-cv-112 | Hawkins v Erwin |
| 6:18-cv-114 | Stratta et al v. Roe et al |
| 6:18-cv-116 | A.J. Rabe v. Farm Service Agency |
| 6:18-cv-117 | McCutcheon v. Paladin Towing |
| 6:18-cv-121 | Davis v. Moody Independent School District et al. |
| 6:18-cv-122 | Jones v. Berryhill |
| 6:18-cv-125 | Cummings v. Davis |

| | |
|---|---|
| 6:18-cv-126 | Soliz v. Robles Barrera et al. |
| 6:18-cv-128 | Vest v. Taylor |
| 6:18-cv-129 | Chupik v. Union Pacific RR Co. |
| 6:18-cv-132 | Pangelinan v. Valentine & Kebartas, LLC et al. |
| 6:18-cv-133 | Stephens v. John Bean Technologies Corp. et al |
| 6:18-cv-134 | Martinez v. State of Texas |
| 6:18-cv-135 | Pangelinan v. Merchants & Profesional Credit Bureau |
| 6:18-cv-136 | Rainbow International LLC v. White et al. |
| 6:18-cv-137 | Neal v. Pilgrim's Pride Corp. |
| 6:18-cv-139 | Manning v. Jarvis |
| 6:18-cv-140 | Wentz v Fin. Credit Services Inc. |
| 6:18-cv-141 | Burkle v. Patrick et al. |
| 6:18-cv-143 | Hendren v. Esparza et al |
| 6:18-cv-145 | Miller v. Fikes Wholesale |
| 6:18-cv-148 | Hendren v. Melendez |
| 6:18-cv-149 | Doerr v. TDCJ |
| 6:18-cv-150 | Chambers v Davis |
| 6:18-cv-151 | McGuffey v. Blackwell et al. |
| 6:18-cv-152 | Gillian v. Girsh et al. |
| 6:18-cv-153 | Zurich American Ins. Co. v. Boen Plumbing et al |
| 6:18-cv-154 | Gentry v. Davis |
| 6:18-cv-156 | Bennett v. Davis |
| 6:18-cv-157 | KIM v. KO |
| 6:18-cv-161 | Rainbow International LLC v. Metzler et al. |
| 6:18-cv-162 | Edaakie v. Shilo Inn, Killeen, LLC et al. |
| 6:18-cv-163 | Grant v. U.S. Department of Defense |
| 6:18-cv-165 | McCall v. Child Protective Services |
| 6:18-cv-167 | Byrd v Davis |
| 6:18-cv-168 | Tant v. Wal-Mart |
| 6:18-cv-169 | Tomasek v. Financial Business and Consumer Sols. |
| 6:18-cv-170 | Mercury Tool and Machine, Incorporated v. Dolic Trucking, LLC et al |
| 6:18-cv-171 | Brown v. J&J Logistics, Inc. et al. |
| 6:18-cv-172 | McNeill v. ERM IV, LP et al |
| 6:18-cv-174 | Ray v. Davis |
| 6:18-cv-175 | Foster v. Couch, Conville |
| 6:18-cv-176 | Deutsche Bank v. Leija et al. |
| 6:18-cv-177 | Moore v Collier et al |
| 6:18-cv-178 | Johnson v. Department of the Army |
| 6:18-cv-179 | Taylor v. Dolgencorp of Texas |
| 6:18-cv-180 | Strange v Global Virtual Opport. |
| 6:18-cv-181 | Myles v State Class. Committee |
| 6:18-cv-184 | Hendren v. Melendez |
| 6:18-cv-185 | Jefferson v. U.S. |

| | |
|---|---|
| 6:18-cv-186 | Aggregate Mining Process v. Vezer Industrial Professionals |
| 6:18-cv-188 | Kervin v Davis |
| 6:18-cv-189 | Fair v. Metalcraft of Mayville |
| 6:18-cv-190 | Savage v. Hartford Insurance Company of the Midwest et al |
| 6:18-cv-192 | Finley v. Vermeer Manufacturing Company et al. |
| 6:18-cv-194 | Shoesmith v. GM |
| 6:18-cv-195 | Brown v. Berryhill |
| 6:18-cv-196 | Smith v. Davis |
| 6:18-cv-201 | Rainbow International LLC v. Dill Contracting and Properties Inc. et al. |
| 6:18-cv-202 | Drake v. WVPG LLC |
| 6:18-cv-203 | USA v Woods  (6:15-cr-032) |
| 6:18-cv-204 | Taylor v. Robinson I.S.D. |
| 6:18-cv-206 | U.S. v. Lafitte |
| 6:18-cv-207 | Multimedia Content Management LLC v. DISH Network Corp. |
| 6:18-cv-208 | Blanchard v. Geers |
| 6:18-cv-209 | Rainbow Int'l LLC v. Rapid Response Restoration LLC |
| 6:18-cv-210 | Caretech Supplies, LLC v. Coryell Co. Memorial Hospital Authority |
| 6:18-cv-211 | Premier Plus IP Holdings, LLC v. Physicians Premier Properties, LLC |
| 6:18-cv-213 | Hicks v. Home Depot USA Inc |
| 6:18-cv-214 | Walker v. Davis |
| 6:18-cv-215 | Walker v. Davis |
| 6:18-cv-218 | Ramirez v Davis |
| 6:18-cv-220 | USA v. Lopez |
| 6:18-cv-221 | B-Inspired Hotels v Depositors Insurance Co., et al |
| 6:18-cv-222 | Gomez v Payne |
| 6:18-cv-223 | Poree v Akwitti |
| 6:18-cv-226 | Doe v. Abbott I.S.D. |
| 6:18-cv-227 | Marrero v. Commissioner of Soc. Sec |
| 6:18-cv-228 | Harrison v. US Bank Trust NA |
| 6:18-cv-229 | Middleton v. USA |
| 6:18-cv-232 | Parella v Akwitti |
| 6:18-cv-233 | Stafford v Berryhill |
| 6:18-cv-234 | Collins v. Davis |
| 6:18-cv-235 | Wilmington Savings Funds Socitey v. Owens et al. |
| 6:18-cv-236 | Duprey Santiago v. Commissioner of Soc. Security |
| 6:18-cv-237 | Citizens State Bank v. Leslie |
| 6:18-cv-238 | Walker v Armstrong |
| 6:18-cv-239 | Abushanab v Davis-Director TDCJ |
| 6:18-cv-241 | Noble v McGlothlin et al |
| 6:18-cv-242 | Rodriguez-Bitler v Esper |
| 6:18-cv-243 | Vanous v Akwitti |
| 6:18-cv-244 | USA v McCorkle (6:16-cr-317) |
| 6:18-cv-245 | Yoakum v. Director, TDCJ |

| | |
|---|---|
| 6:18-cv-251 | Centennial Bank v STBuilders Alabama LLC et al |
| 6:18-cv-253 | Morales Paz et al v. Goodyear Tire & Rubber Company et al |
| 6:18-cv-254 | Moore v. Davis-Director TDCJ |
| 6:18-cv-256 | Lathern v. Cincinnati Insurance Co. |
| 6:18-cv-257 | Doerr v. Texas Workforce Commission |
| 6:18-cv-258 | Price v Davis |
| 6:18-cv-259 | A-1 Fire and Safety Equipment Co., Inc. v. Pye-Barker Fire & Safety, LLC |
| 6:18-cv-261 | Mayfield et al v The United States of America |
| 6:18-cv-264 | Olivo v. Comm'r of Soc. Sec. |
| 6:18-cv-265 | Page v. Davis |
| 6:18-cv-267 | Vanous v Capt John Ritter |
| 6:18-cv-268 | Banks v Davis |
| 6:18-cv-269 | Baksinski v. Luminant Energy Company, LLC |
| 6:18-cv-270 | Webb v Davis |
| 6:18-cv-272 | Watson v USA |
| 6:18-cv-273 | Guerrero-Yanez v Davis |
| 6:18-mc-045 | SEC v. Meissner |